# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| THE KROGER CO., | : | |
| | : | |
| Plaintiff/Counterclaim-Defendant, | : | Case No. 1:15-cv-716 |
| | : | |
| v. | : | Judge Michael R. Barrett |
| | : | |
| XL EDGE, LLC, ET AL., | : | |
| | : | |
| Defendants/Counterclaim-Plaintiffs. | : | |

## ORDER GRANTING THE KROGER CO.'S EXPEDITED MOTION FOR LEAVE TO FILE DEPOSITION TRANSCRIPTS AND EXHIBITS UNDER SEAL

This matter is before the Court for consideration of The Kroger Co.'s Expedited Motion for Leave to File Deposition Transcripts and Exhibits Under Seal (Doc. 28). Upon consideration of the same and for good cause shown, The Kroger Co.'s Motion is **GRANTED.** The Kroger Co. may file under seal the deposition transcripts and exhibits of Natalie Ream, Reuben Shaffer, Angel Colon, Beverly Pruden, Susan Ramsay, Cheryl Lindblad, Dean Scrutton, Eduardo Vasquez, Armando Martin and Manny Fields.

**IT IS SO ORDERED**.

  s/Michael R. Barrett
UNITED STATES DISTRICT JUDGE